[USAO# 2012R00441/MET]

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : Criminal No. 12-398 (SDW) |
| v. | : 21 U.S.C §§ 841(a) & (b)(1)(C), |
| | : 18 U.S.C. §§ 922(g)(1), |
| DAVIONE WARREN | : 924(c)(1)(A), 924(d), & 2, |
| | : & 28 U.S.C. § 2461 |
| | : I N D I C T M E N T |

The Grand Jury in and for the District of New Jersey, sitting at Newark, charges:

COUNT ONE

(Possession with Intent to Distribute Heroin)

On or about January 12, 2012, in Essex County, in the District of New Jersey, and elsewhere, defendant,

DAVIONE WARREN,

did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C), and Title 18, United States Code, Section 2.

RECEIVED

JUN 6 - 2012

AT 8:30_____M
WILLIAM T. WALSH, CLERK

## COUNT TWO

(Possession of a Firearm in Furtherance of a
Drug Trafficking Crime)

On or about January 12, 2012, in Essex County, in the District of New Jersey, and elsewhere, defendant,

DAVIONE WARREN,

in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, namely the possession with intent to distribute a mixture and substance containing a detectable amount of heroin, a schedule I controlled substance, did knowingly possess three firearms, namely: a loaded 9 mm Jimenez Arms Inc. semi-automatic pistol, bearing serial # 169671; a loaded .25 caliber Raven Arms semi-automatic pistol, bearing serial # 1751759; and a loaded .357 Wesson Arms revolver, bearing serial # 250961.

In violation of Title 18, United States Code, Section 924(c)(1)(A) and Section 2.

## COUNT THREE

(Possession of a Weapon by a Convicted Felon)

On or about January 12, 2012, in Essex County, in the District of New Jersey, and elsewhere, defendant,

DAVIONE WARREN,

having been convicted of a crime punishable by imprisonment for a term exceeding one year in The Superior Court of New Jersey, Law Division, Essex County, New Jersey, did knowingly possess in and affecting commerce three firearms, namely: a loaded 9 mm Jimenez Arms Inc. semi-automatic pistol, bearing serial # 169671; a loaded .25 caliber Raven Arms semi-automatic pistol, bearing serial # 1751759; and a loaded .357 Wesson Arms revolver, bearing serial # 250961.

In violation of Title 18, United States Code, Section 922(g)(1).

FORFEITURE ALLEGATION

1.  The allegations contained in Counts Two and Three of this Indictment are incorporated by reference as though set forth in full herein for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d)(1), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461.

4.  Pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461, upon conviction of the offense in violation of Title 18, United States Code, Sections 922(g) and 924(c) set forth in Counts Two and Three of this Indictment, the defendant,

DAVIONE WARREN,

shall forfeit to the United States any firearms and ammunition involved in or used in the commission of that offense, including the following:

    (A)  9 mm Jimenez Arms Inc. semi-automatic pistol, bearing serial # 169671 and nine R.P. 9 mm caliber Luger bullets;

    (B)  .25 caliber Raven Arms semi-automatic pistol, bearing serial # 1751759, and seven .25 automatic bullets; and

    (C)   .357 Wesson Arms revolver, bearing serial # 250961, loaded with five S&B .357 magnum bullets and one CBC .38 SPL bullet.

All pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28 United States Code, Section 2461(C).

                                      A TRUE BILL

*[signature]*
PAUL J. FISHMAN
United States Attorney

CASE NUMBER: 12-398(SDW)

# United States District Court
# District of New Jersey

UNITED STATES OF AMERICA

v.

DAVIONE WARREN

## INDICTMENT FOR

21 U.S.C §§ 841(a) & (b)(1)(C),
18 U.S.C. §§ 922(g)(1),
924(c)(1)(A), 924(d), & 2,
& 28 U.S.C. § 2461(c)

A True Bill,

Foreperson

**PAUL J. FISHMAN**
*UNITED STATES ATTORNEY*
*NEWARK, NEW JERSEY*

MARY TOSCANO
*ASSISTANT U.S. ATTORNEY*
*(973) 645-2765*

USA-48AD 8
(Ed. 1/97)