UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS


NEWARK                              DATE: October 1, 2012

JUDGE: Susan D. Wigenton

COURT REPORTER: Carmen Liloia

DEPUTY CLERK: Antigone Owens-Krefski


Title of Case:                     Docket # 12-398-01


U.S.A.  v. DAVIONE WARREN

Appearances:
Mary Toscano, AUSA for the Gov't
Alexander Booth, Esq. for the Dft

Nature of proceedings: **PLEA TO INDICTMENT**
Dft sworn.
**Dft retracts plea of Not Guilty and pleads Guilty to Count 2 of
the Indictment**
Rule 11 fld.
Plea agreement fld.
Sentencing set for 1/11/13 at 10:30 a.m.
Ordered dft remanded.


Time Commenced 11:30 a.m.
Time Adjourned 11:45 a.m.


cc: chambers                       Antigone Owens-Krefski
                                   Deputy Clerk