```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
                        MINUTES OF PROCEEDINGS
```

NEWARK                                          DATE: January 11, 2013

JUDGE: Susan D. Wigenton

COURT REPORTER: Carmen Liloia

DEPUTY CLERK: Carmen D. Soto


Title of Case:                                  Docket# 12-398-01


U.S.A.   v. DAVIONE WARREN

Appearances:
Mary Elissa Toscano, AUSA for the Gov't
Alexander W. Booth, Esq. for the Dft
Probation Officer Joanne Young

Nature of proceedings: **SENTENCING**
84 months Imprisonment
2 years Supervised Release
Special Conditions
1. Prohibitions on Gang/Criminal Associations
Fine: Waived
Special Assessment: $100.00 - due immediately
Ordered Counts 1 and 3 Dismissed
Ordered dft remanded.




Time Commenced 11:20 a.m.
Time Adjourned 11:40 a.m.

cc: chambers                                    Carmen D. Soto
                                                Deputy Clerk