To: Court Clerk

I **Davione Warren**, am asking to receive pertinent documents, plea agreement, <u>sentencing transcripts</u>, plea minutes, docket sheet, judgement of conviction and all other said documents pertaining to Case No: **2:14-CV-06513**.

5-22-17
Date

*Davione Warren*
Respectfully Requested